Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED
U.S. DISTRICT COURT
DISTRICT ... MARYLAND

2020 OCT 20  AM 10: 42

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of

Division

Case No. _____

_____
(to be filled in by the Clerk's Office)

## Ivan R. Potts Jr.

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

## Officer Jason DiPaola
## Officer Ian Smith
## Baltimore City Police Department

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                          Ivan R. Potts Jr.

All other names by which
you have been known:

ID Number                                369-301

Current Institution                   Correctional Treatment Facility

Address                                    1901 E. Street

Washington          D.C.          20003
*City*                    *State*              *Zip Code*

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                          Officer Jason DiPaola

Job or Title *(if known)*             Police Officer

Shield Number

Employer                                   Baltimore City Police Department

Address                                    5371 Reistertown road

Baltimore          Md          21215
*City*                    *State*              *Zip Code*

☑ Individual capacity          ☑ Official capacity

Defendant No. 2

Name                                          Officer Ian Smith

Job or Title *(if known)*             Police Officer

Shield Number

Employer                                   Baltimore City Police Department

Address                                    5371 Reistertown road

Baltimore          Md          21215
*City*                    *State*              *Zip Code*

☑ Individual capacity          ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name — _Baltimore City Police Department_

Job or Title _(if known)_ _Police Department_

Shield Number

Employer _Baltimore City Police Department_

Address _5371 Reisterstown road_

_Baltimore_  _Md_  _21215_

City    State    Zip Code

☐ Individual capacity   ☑ Official capacity

Defendant No. 4

Name

Job or Title _(if known)_

Shield Number

Employer

Address

City    State    Zip Code

☐ Individual capacity   ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment, 14th Amendment, 8th Amendment of United States Constitution.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.   (See Attachment A)

All defendants are Law Enforcers and employed through Balt. City.

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

IV.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

(See Attachment A)

The events arose on 3200 Chelsea terr., at 10:40 p.m. on August 24, 2017

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

August 24th, 2017      10:40 p.m.

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On August 24th 2017 Officers Jason DiPaola and Ian Smith, in a marked police cruiser and in full uniform, drove past my car that was legally parked on a street in Baltimore City. Officer Smith turned the police cruiser around and drove the wrong way up the one-way street to return to my vehicle. He parked near my car leaving the police cruiser facing the wrong way on the one way street boxing my car in. Both officers exited there vehicle and approached me without reasonable suspicion and I was unlawfully detained, arrested and seized before they had probable cause... On May 9th 2018 I was convicted... Wrongly convicted

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental Anguish
Emotional Distress
Anxiety and Depression after the incident, due to False Imprisonment
Racial Discrimination, Never received therapy

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Mental Anguish - $50,000        Racial Discrimination - $50,000
Emotional Distress - $50,000
Anxiety and Depression - $150,000
False Imprisonment - $100,000
                              I also would like to receive therapy...

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

N/A

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

N/A

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?



2.    What did you claim in your grievance?



3.    What was the result, if any?



4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

I was not incarcerated

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Ivan R. Potts Jr.

Defendant(s)    Baltimore City Police Department, BPD officers Wayne Jenkins, Evodio Hendrik and Maurice Ward

2.    Court *(if federal court, name the district; if state court, name the county and State)*

IN THE COURT OF APPEALS OF MARYLAND/United States District Court for the District of MARYLAND

3.    Docket or index number

Civil No.: 16-cv-03187-TDC / Misc. No. 6 IN THE COURT OF APPEALS of MARYLAND September Term, 2019

4.    Name of Judge assigned to your case    Theodore D. Chuang,

Barbera, C.J., McDonald, Watts, Hotten, Getty, Booth, Wilner, Alan M.

5.    Approximate date of filing lawsuit

September    2016

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.    December 7, 2018

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Judgment was entered in my favor

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)   Ivan R. Potts Jr.

Defendant(s)  Baltimore City Police Department, BPD Officers Wayne Jenkins, Evodio Hendrix and Maurice Ward.

2.    Court *(if federal court, name the district; if state court, name the county and State)*

United States District Court for the District of Maryland / IN THE COURT OF APPEALS OF MARYLAND

3.    Docket or index number

IN THE COURT OF APPEALS OF MARYLAND

Civil No.: 16-CV-03187-TDC / Misc. No. 6 September Term 2019

4.    Name of Judge assigned to your case

Theodore D. Chuang, Barbera, C.J., McDonald, Watts, Hotten, Getty, Booth, Wilner, Alan M

5.    Approximate date of filing lawsuit

September 2016

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition   December 7, 2018

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Judgment entered in my favor.

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  September 14th 2020

Signature of Plaintiff    *Ivan R. Potts Jr.*
Printed Name of Plaintiff    Ivan R. Potts Jr.
Prison Identification #    369-301
Prison Address    1901 E. Street (C.T.F.)
                   Washington          D.C.      20003
                      *City*              *State*      *Zip Code*

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
           _____
              *City*              *State*      *Zip Code*
Telephone Number    _____
E-mail Address    _____